IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOPE DAVIS, on behalf of Herself and on behalf of all Others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>C&D Security Management, Inc. d/b/a/ Allied Universal Security Services, and Universal Protection Services, LLC d/b/a Allied Universal Security Services, LLC<br><br>    Defendants. | Case No. 2:20-cv-01758-MMB |

## DEFENDANTS' MOTION TO DISMISS OR STRIKE CERTAIN INDIVIDUAL AND CLASS ALLEGATIONS

Pursuant to Rules 12(b)(1), 12(b)(6), 12(f), and 23(d)(2)(D) of the Federal Rules of Civil Procedure, Defendants C&D Security Management, Inc. and Universal Protection Services, LLC (collectively, "Allied" or "Defendants") hereby move the Court for the entry of an Order dismissing or striking certain individual and class allegations in Plaintiff's Complaint and Demand for a Jury Trial. Specifically, Defendants move to dismiss and/or strike class allegations that encompass class members whose claims fall outside of the two-year limitations period to bring FCRA claims, pursuant to 15 U.S.C. § 1681p. Finally, Defendants move to dismiss and/or strike the individual and class allegations relating to alleged violations for not providing Plaintiff or putative class members with their FCRA rights under 15 U.S.C. § 1681b(b)(3)(A)(ii) for lack of subject matter jurisdiction.

In support of this Motion, Defendants reply upon and incorporate herein by reference the attached memorandum of law.

Dated: May 28, 2020

        Respectfully submitted,

        */s/ Brian L. Saunders*
        Brian L. Saunders
        Robert T. Quackenboss (*pro hac vice* pending)
        HUNTON ANDREWS KURTH, LLP
        2200 Pennsylvania Ave., N.W.
        Washington, DC 20037
        Telephone: (202) 955-1500
        Facsimile: (202) 778-2201
        bsaunders@huntonak.com
        rquackenboss@huntonak.com

        *Counsel for Defendants*