## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

HOPE DAVIS, on behalf of
herself and on behalf of all
others similarly situated,

    Plaintiff,

v.                                        Case No. : 2:20-cv-01758-MMB

UNIVERSAL PROTECTION SERVICES,
LLC d/b/a ALLIED UNIVERSAL
SECURITY SERVICES, LLC

    Defendant.
_____/

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## UNDER SEAL - SUBJECT TO PROTECTIVE ORDER –
## CONTAINS CONFIDENTIAL INFORMATION TO BE OPENED ONLY
## BY OR AS DIRECTED BY THE COURT