IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOPE DAVIS, On Behalf of Herself and On Behalf of All Others Similarly Situated,**<br><br>v.<br><br>**Universal Protection Services, LLC d/b/a Allied Universal Security Services, LLC** | CIVIL ACTION<br><br>No. 2:20-cv-01758-MMB |

## ORDER

1. Plaintiff shall file a Motion for Leave to File a Second Amended and Supplemental Complaint ("SASC"), which shall contain the following:

   a. Detailed allegations as to the chronology of Plaintiff's first application for employment in August 2019 and her second application for employment in January 2020, and any response from Defendant, including:

      i. Facts as to what Plaintiff claims she was told verbally, and the date of any such communications(s), about her credit or background report or any other fact that Plaintiff considers material in this case, including the identity of the person making the statement.

      ii. Facts as to what, if anything, Plaintiff claims she received in writing or by email or by any other digital communication, about her credit or background report or any other fact that Plaintiff considers material in this case.

      iii. For any writing Plaintiff alleges, she shall identify the type of document she received, the date of the document, the author, and the recipient.

    b.      Whether or not Plaintiff ever requested a written copy of her credit report and if so, whether she ever received it.

    c.      The damages Plaintiff alleges from the alleged failure of Defendant to supply her with a written copy of her credit report for her employment application to Defendant.

2.    The Memorandum in Support of the Motion shall contain the following:

    a.      Details on the circumstances under which, including the date, when Plaintiff's counsel learned that the existing pleading was inaccurate.

    b.      Counsel shall also state Plaintiff's position, that if the Court allows the SASC, whether any additional discovery will be requested.

3.    The proposed SASC shall be attached as an Exhibit.

4.    All proceedings including the Motion to Certify Class are **STAYED** until the above-described matters are resolved.

5.    The following deadlines shall be followed:

    a.      Plaintiff shall file the Motion for Leave to File SASC within ten (10) days of this Order.

    b.      Defendants shall file a Response within fourteen (14) days.

**BY THE COURT:**

**DATED: 4/27/2021**            /s/ **MICHAEL M. BAYLSON**

                                                   **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 20\20-1758 Davis v. Allied\20cv1758 order on SASC.docx