IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hope Davis,<br>      Plaintiff,<br><br>   v.<br><br>Universal Protection Services, LLC D/B/A Allied Universal Security Services, LLC.,<br><br>      Defendant | CIVIL ACTION<br><br>NO. 20-cv-01758 |

## ORDER RE: STANDING AND MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the foregoing memorandum, Plaintiff does not have standing and her complaint is dismissed for lack of jurisdiction.

Alternatively, if jurisdiction exists, Defendant's Motion for Summary Judgment is granted and Plaintiff's complaint is dismissed with prejudice.

Plaintiff's Motion for Class Certification is denied as moot.

The Clerk of Court shall close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, U.S.D.J.

Date: September 3, 2021

/Volumes/PHLSHARED/Judge Baylson/CIVIL 20/20-1758 Davis v. Allied/20210903 dismissal order.docx